IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KAMARIA CUINGTON, | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | CASE NO. 3: 18-cv-03278-L |
| | § | |
| **GONZOLO PADRON CRUZ and** | § | |
| **ADONAI EXPRESS TRANSPORT,** | § | |
| **INC,** | § | |
| **Defendants.** | § | |

### PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Kamaria Cuington**,** Plaintiff in the above entitled and numbered case and files this, her Motion to Dismiss without Prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Plaintiff wishes to dismiss all claims against Defendants Gonzolo Padron Cruz and Adonai Express Transport, Inc. without prejudice.

WHEREFORE premises considered, Plaintiff respectfully prays that this Court grant her Motion to Dismiss without Prejudice.

Respectfully submitted,
**ROLLE LAW**

/s/Larry Rolle_____
**LARRY ROLLE**
State Bar No.: 17212600
larryr@rbrl.com
2030 Main Street, Suite 200
Dallas, Texas 75201
Tel: (214) 742-8897
Fax: (214) 637-6872
**Attorney for Plaintiff**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of April, 2019, a true and correct copy of the foregoing instrument was served on all counsel of record in compliance with the Federal Rules of Civil Procedure.

ALAN MOORE
amoore@mdjwlaw.com
MARK J. DYER
dyer@mdjwlaw.com
GABRIELLE M. SHAYEB
shayeb@mdjwlaw.com
Martin, Disiere, Jefferson & Wisdom
9111 Cypress Waters Blvd, Suite 250
Dallas, Texas 75019
214-420-5500

/s/Larry Rolle_____
**LARRY ROLLE**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KAMARIA CUINGTON, | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | CASE NO. 3: 18-cv-03278-L |
| | § | |
| **GONZOLO PADRON CRUZ and** | § | |
| **ADONAI EXPRESS TRANSPORT,** | § | |
| **INC,** | § | |
| **Defendants.** | § | |

## ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE

THE COURT, having reviewed the Plaintiff's Motion to Dismiss without Prejudice, is of the opinion and finds it with merit.  It is therefore ORDERED that all claims and causes of action asserted by Plaintiff against Defendants Gonzolo Padron Cruz and Adonai Express Transport, Inc. are hereby DISSMISSED WITHOUT PREJUDICE.

ORDERED THIS _____day of _____, 2019.

_____
JUDGE PRESIDING